**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

TERENCE N. GLENN,
    Plaintiff,

v.                                          Civil Action No. 1:25-cv-13769-___

DOORDASH, JET BLUE, T MOBILE, GO PUFF,
HOME GLOW, POSTMATES, UBER DRIVER,
WORKWHILE, CLEANSTER, LYFT, METROBI,
AMAZON FLEX, POPLIN LAUNDRY, RINSE,
TETC, ROADIE, VEHO, UBER EATS, GRUBHUB,
    Defendants.

**ORDER OF RECUSAL**
December 10, 2025

TALWANI, D.J.

    Pursuant to 28 U.S.C. § 455(b)(4), I recuse myself from participation in this matter

and direct the clerk forthwith to reassign the case randomly to another District Judge.

IT IS SO ORDERED.

/s/ Indira Talwani_____
UNITED STATES DISTRICT JUDGE