UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TERENCE N. GLENN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No. 25-13769-BEM |
| | ) |
| **DOORDASH, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**MEMORANDUM AND ORDER**

**MURPHY, J.**

Plaintiff Terence N. Glenn, who is proceeding pro se, initiated this action by filing a complaint, an emergency motion to appoint counsel, and an application to proceed in district court without prepaying fees or costs (also referred to as a motion or application for leave to proceed *in forma pauperis*). Dkts. 1-3.

By Memorandum and Order dated December 12, 2025, the Court allowed Plaintiff's motion for leave to proceed *in forma pauperis*, denied the emergency motions and advised Plaintiff that if he wished to proceed with this action, he must file an amended complaint that sets forth a basis for this Court's jurisdiction and a plausible claim upon which relief may be granted. Dkt. 10. Plaintiff was advised that the sparse allegations in the complaint fail to meet the pleading requirements of the Federal Rules of Civil Procedure. *Id.* at 5. Among other things, Plaintiff was advised that an amended complaint shall fully describe the incidents as well as each Defendant's conduct. *Id.* at 6.

Plaintiff was granted an extension of time until January 20, 2026, to file an amended complaint.  Dkt. 14.  Since that time, plaintiff filed several emergency motions, and amended complaint and a first amended complaint.  Dkts. 20, 22, 23, 26.

Even with the more liberal construction accorded a *pro se* litigant's pleading, the first amended complaint still fails to state any factual matter that, if accepted as true, would allow Plaintiff to prevail on any identifiable cause of action.  Although Plaintiff reduced the number of defendants, the factual allegations are not pleaded in a manner such that Defendants can reasonably respond.

Based upon the foregoing, and in accordance with the Court's Memorandum and Order, Dkt. 10, this action is DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  The pending motions, Dkt. Nos. 20, 26, are DENIED AS MOOT.

**So Ordered.**

Dated:  January 14, 2026

        /s/ Brian E. Murphy
Brian E. Murphy
Judge, United States District Court